UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMICO JOVON EARVIN,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:25-cr-00114

**ORDER**

Defendant appeared before me on August 18, 2025, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing.  I find that his waiver was knowingly and voluntarily entered.

Accordingly, **IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on August 18, 2025.

      /s/ Phillip J. Green
    Phillip J. Green
    United States Magistrate Judge